# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) )  Case No. CR-21-186-PRW |
| BRADLEY ALEX TILLEY, | ) ) ) |
| Defendant. | ) |

## **ORDER FOR RELEASE FROM CUSTODY**

The court **ORDERS** that defendant Bradley Alex Tilley be released from custody instanter.

IT IS SO ORDERED this 17th day of March, 2022.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE