# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CR-21-186-PRW |
| | ) |
| BRADLEY ALEX TILLEY, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT OF ACQUITTAL

This action came on for trial before the Court and a jury, the Honorable Patrick R. Wyrick, District Judge, presiding, and the issues having been duly tried and the jury having reached its verdict of not guilty on all Counts in the Indictment, the Court ORDERS that judgment of acquittal should be and is hereby entered in favor of defendant, Bradley Alex Tilley.

The defendant, having been found not guilty on all Counts in the Indictment, is discharged.

**Dated at Oklahoma City, Oklahoma, this 18th day of March, 2022.**

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE